1

2

# UNITED STATES DISTRICT COURT

3

## EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

4

OCT 17 2012

5

NATALIE I. SPOELSTRA,

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

6

Plaintiff,

NO.  CV-11-00006-CI

7

vs.

**JUDGMENT IN A**

8

MICHAEL J. ASTRUE,
Commissioner of Social Security,

**CIVIL CASE**

9

Defendant.

10

11

12

## DECISION BY THE COURT:

13

This action came to hearing before the court.  The issues have been heard

14

and a decision has been rendered.

15

**IT IS ORDERED AND ADJUDGED** that:

16

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's

17

Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

18

DATED this 17th day of October, 2012.

19

JAMES R. LARSEN
District Court Executive/Clerk

20

21

22

by: *Linda Emerson*

23

Deputy Clerk

24

25

26

cc: all counsel